FILED

AUG 19 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

David Cramer Pro Se
1860 Squires Canyon Ct.
Cool, Ca. 95614
530-320-3641
kawika1@mac.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

David Weston Cramer,
Plaintiff

v.

City of Auburn,
Placer County Superior Court,
Placer County,
Placer County Public Defender,
Defendants

And Does 1-10

**COMPLAINT FOR A CIVIL CASE**

Case No. 2: 24-CV- 2235-DJC-AC CPS

Parties to This Complaint:

Plaintiff :

David Cramer
1860 Squires Canyon Ct.
Cool, Ca. 95614
530-320-3641
kawika1@mac.com

Complaint                                    1

Defendants:

City of Auburn
1225 Lincoln Way
Auburn Ca. 95603

Placer County
175 Fulweiler Ave.
Auburn Ca. 95603

Placer County Superior Court
10820 Justice Center Drive
Roseville, Ca. 95678

Public Defender's Office
Richard Ciummo
123 E 4th St.
Madera, Ca. 93638

## Basis For Jurisdiction

A  This complaint involves a Federal question of Civil Rights violation under 42 USC 1983.

B  Violation 4th amendment, 5th Amendment, 6th Amendment, 14th Amendment.

## Statement of Claim

### First Cause of Action
### False Arrest
### City of Auburn

Plaintiff was arrested and jailed under the color of law without an arrest warrant or probable cause by City of Auburn Police Officer James Dalton, 1/25/2014.

### Second Cause of Action
### Felony Tampering with Evidence Penal Code 141
### City of Auburn

Under Officer Garlick's custody the physical evidence was tampered with.

Third Cause of Action
Due Process Violation
County of Placer

Plaintiff was prosecuted by Placer County District Attorney (DA). The DA tampered with witnesses, tampered with jurors, caused spoliation of evidence, held back Brady material, and knowingly allowed false testimony,

Fourth Cause of Action
Professional Malpractice
Public Defender's Office

Lawyer's for the Public Defender's Office violated Plaintiff's 6th Amendment Right to Counsel by incompetence.

Fifth Cause of Action
Due Process Violation
Placer County Superior Court (PCSC)

Judges for PCSC heard this case without ever issuing a warrant or establishing probable cause. Thy refused to impeach the alleged victim. Court clerks falsified documents.

Sixth Cause of Action
Libel
City of Auburn

The City of Auburn Police issued a press release of the false arrest.

Seventh Cause of Action
Criminal Conspiracy Cal. Penal Code 182
All Parties

All Defendant's criminally conspired to send the Plaintiff to jail for a crime they know or should have known he didn't commit.

Complaint                                    3

## Relief

Plaintiff seeks damages for:

| | |
|---|---|
| Illegal arest | $100,000 |
| Jail time (15 days) | $150,000 |
| Malicious prosecution | $75,000 |
| Due Process violation | $100,000 |
| 6th Amendment violation | $50,000 |
| Tampering with evidence | $30,000 |
| Libel | $100.000 |
| Emotional distress | $50,000 |

Subtotal $655,000

Conspiracy charges  (4 coconspirators)                                     x  4

_____

$2,620,000

Plus any legal fees or damages the Court finds reasonable.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Complaint                                                                                          4

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___8/15___, 20_24_

Signature of Plaintiff _____

Printed Name of Plaintiff ___David Cramer___

I swear under the penalty of perjury under the laws of the State of California that the above statements are true to the best of my knowledge.

___8/15/24___
Date

_____
David Cramer

Complaint                                                                5